# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-3249
LT Case No. 2024-DR-000288

_____

JASON FRANCIS AURIEMMA,

    Appellant,

    v.

DANIELLE LEIGH MOYE
AURIEMMA,

    Appellee.

_____

On appeal from the Circuit Court for Flagler County.
Christopher Anthony France, Judge.

Jennifer A. McGee, of McGee Law, PLLC, Palm Coast, for
Appellant.

Andrea Burns and Stacy Geiger, of Geiger Law, PLLC, Palm
Coast, for Appellee.


December 9, 2025


PER CURIAM.

    AFFIRMED.


MAKAR, LAMBERT, and EDWARDS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____